**UNITED STATES of America,**
**Appellee,**

v.

**Eddy SEVERINO, Defendant–**
**Appellant.**

No. 03–1768.

United States Court of Appeals,
Second Circuit.

March 16, 2005.

Paul E. Warburgh, Jr., New York, NY, for Defendant–Appellant.

Timothy J. Treanor, Assistant United States Attorney for the Southern District of New York (David N. Kelley, United States Attorney, on the brief; Joshua A. Levine, Assistant United States Attorney), New York, NY, for Appellee, of counsel.

Present: STRAUB, POOLER, and WESLEY, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case is hereby **REMANDED** for further proceedings consistent with this order.

In light of the Supreme Court's decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir.2005), this case is remanded to the District Court for further proceedings in conformity with *Crosby*.

The disposition in the summary order previously issued in connection with this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with *Crosby*.

Any appeal taken from the District Court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. *See* Fed. R.App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order. The mandate shall issue forthwith.

For the reasons set forth above, the case is hereby **REMANDED** for further proceedings consistent with this order.